Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

☑ FILED _____ RECEIVED

LODGED _____ COPY

DEC - 2 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Civil Rights Division

Kenneth Bohner

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Alorica Inc. & Lisa McCoy

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No.     CV-25-00661-TUC-MSA

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*     ☐ Yes     ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kenneth Bohner |
| Street Address | 5353 E 22nd St Apt 1110 |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona 85711 |
| Telephone Number | 520-283-6401 |
| E-mail Address | ivyveruca@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alorica Inc. |
| Job or Title *(if known)* | |
| Street Address | 1650 S. Research Loop |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona, 85710 |
| Telephone Number | (520) 731-5800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Lisa McCoy |
| Job or Title *(if known)* | Human Resources Business Partner |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | (251) 266-5558 |
| E-mail Address *(if known)* | lisa.mccoy@alorica.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Alorica Inc. |
| Street Address | 1650 S Research Loop |
| City and County | Tucson, Pima County |
| State and Zip Code | Arizona, 85710 |
| Telephone Number | (520) 731-5800 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

May 17, 2024; May 24, 2024; June 20, 2024; July 26, 2024

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☑ gender/sex      I am transgender.
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

When I was offered my first position with Alorica in January 2024, my original start date was deferred and I was repeatedly informed that company policy mandates cleared background checks before employees can start work. My project ended and I was offered a new position in April 2024. On April 30, my background check was completed. On May 1, I was informed I was cleared to start training on May 6. 1. Retaliation & Termination of Employment. During training, I was informed that the internal company chat system that would be used as my primary means of interaction with coworkers would only display my legal name, not the name I use. On May 17, I complained to Human Resources that this felt discriminatory against me as a transgender woman. (Continued in attached document)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 10, 2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*   09/03/2025   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I am seeking backpay of $60,240 in actual damages (Backpay for 18 full-time pay periods between May 25, 2024 - January 31, 2025 at $16.50 per hour: $23,760. 1 week vacation time for 2024: $660. Backpay for 24 full-time pay periods between February 1, 2025 - January 2, 2026 with annual raise to $17.00 per hour: $32,640. 1 week vacation time for 2025: $680. Sign-on bonus: $1,500. 2024 Christmas bonus: $500. 2025 Christmas bonus: $500.).
I am seeking further compensatory damages of $1,458 for credit card balances charged off as a direct result of my termination and loss of income.
I am also seeking $150,000 in punitive damages for malicious retaliation and wrongful termination.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/01/2025

Signature of Plaintiff

Printed Name of Plaintiff    Kenneth Bohner

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print    Save As...    Add Attachment    Reset

III. Statement of Claim
E. The facts of my case are as follows
(continued from page 5)

1. Retaliation & Termination of Employment (continued)
   I informed Lisa McCoy with Human Resources that this would reveal that I am transgender to my coworkers against my will, making me fear for my safety at work. Lisa McCoy stated that Alorica would only allow me to use my preferred name in internal communications with my coworkers if I legally changed my name. On May 22, I reiterated my fears that this could create a hostile work environment for me as a transgender woman. On May 24, I was terminated. The reason cited for termination was my background check, which had cleared a month earlier. I believe this was retaliation for my May 17 and May 22 discrimination complaints.

2. Retaliation & Failure to Hire
   On May 31, Darian Thomas told me I was eligible for rehire and invited me to apply for other positions. On June 20, I received a response indicating interest in my application to a position I qualified for, but was not permitted to move forward in the hiring process after the first contact. On July 26, I received contact that Alorica was interested in me for another position I was qualified for, but they would not allow me to move forward in the hiring process after the first contact. I believe these were further acts of retaliation for my complaint.